1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  ELIZABETH S. SALVESON, State Bar #83788
   Chief Labor Attorney
3  RUTH M. BOND, State Bar #214582
   Deputy City Attorneys
4  Fox Plaza
   1390 Market Street, 5th Floor
5  San Francisco, California 94102-5408
   Telephone:    (415) 554-3963
6  Facsimile:    (415) 554-4248

7
   Attorneys for Defendant
8  CITY AND COUNTY OF SAN FRANCISCO

9

10
   PAUL J. SMOOT, SBN 160787
11 ANDERLINI, FINKELSTEIN, EMERICK & SMOOT
   400 South El Camino Real, Suite 700
12 San Mateo, California 94402
   Telephone:    (650) 348-0102
13 Facsimile (650) 348-0962

14

15
                    UNITED STATES DISTRICT COURT
16
                   NORTHERN DISTRICT OF CALIFORNIA
17

| JAMES ARMSTRONG, et al., | Case No. C01-2611 VRW |
|---|---|
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER** |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO and DOES 1-50 INCLUSIVE | Action Filed: July 9, 2001<br>Trial Date:   None Set |
| Defendant. | |
| CONNIE L. BROWN | |
| Plaintiff, | |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO, et al. | |
| Defendant. | |

USDC CASE NO.  C01-2611 VRW              1              N:\LABOR\LI2001\020413\00001683.DOC

The parties have previously requested continuances on two separate occasions due to plaintiff Connie L. Brown's need for two neurosurgeries to remove tumors. The parties also requested a continuance because the schedule for Ms. Brown's follow-up treatment plan was delayed for several months. The parties now seek a continuance for the following reasons:

First, the Deputy City Attorney assigned to represent the City and County of San Francisco in this case, Terence Howzell, recently changed positions and the case has been re-assigned to Deputy City Attorney Ruth M. Bond. Due to the nature and complexity of this case, Ms. Bond requires some time to familiarize herself with the facts and the record so that she may prepare for, take and complete depositions, address the other outstanding discovery issues in this case and prepare any dispositive motions. Currently there are no other available attorneys in defense counsel's office who are sufficiently familiar with either the *Armstrong* action (C01-2611 VRW) or the *Brown* action (C04-1536 VRW) to meet existing deadlines.

Second, Plaintiff continues to undergo a treatment plan for her neurosurgeries and requires additional time to complete her recovery so that she may give her undivided attention to her case. Given plaintiff's treatment plan, as well as plaintiff's counsel's scheduling constraints the parties jointly and respectfully request a further continuance.

**IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective counsel as undersigned, that:

1. The non-expert discovery completion date be continued from the current deadline of February 19, 2007 to June 26, 2007;

2. The filing deadline for dispositive motions, including summary judgment, be continued from the current deadline of February 22, 2007 to June 29, 2007;

3. Hearing on the dispositive motions be continued from the currently scheduled date of March 29, 2007 to August 2, 2007;

4. Expert discovery disclosure reports be continued from the currently scheduled date of March 13, 2007 to July 27, 2007.

5. Expert discovery rebuttal completion date be continued from the currently scheduled date of April 13, 2007 to August 27, 2007.

6. Completion of expert discovery be continued from the currently scheduled date of May 11, 2007 to September 27, 2007.

7. Pre-trial conference be continued from the currently scheduled date of June 6, 2007 to ~~October 26, 2007~~.   October 23, 2007 at 9:00 AM.

Dated:  January 11, 2007

Respectfully submitted,

DENNIS J. HERRERA
City Attorney

By:  /s/Ruth M. Bond
    RUTH M. BOND
    Deputy City Attorney
    Attorneys for Defendants

Dated:_____

By:_____
    PAUL J. SMITH
    Attorney for Plaintiffs

**IT IS SO ORDERED** :
Dated: January 18, 2007

By:_____
HON. Judge Vaughn R Walker

GRANTED
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

USDC CASE NO. C01-2611 VRW     3     N:\LABOR\LI2001\020413\00001683.DOC