Case 3:04-cv-01536-VRW Document 119 Filed 06/26/2007 Page 1 of 3

PAUL J. SMOOT, SBN 160787
**ANDERLINI, FINKELSTEIN, EMERICK & SMOOT**
400 South El Camino Real, Suite 700
San Mateo, California 94402
Telephone (650) 348-0102
Facsimile (650) 348-0962

Attorneys for Plaintiff
CONNIE L. BROWN

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CONNIE L. BROWN,<br><br>Plaintiff,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, DEPARTMENT OF PUBLIC WORKS<br><br>Defendants. | Case No. C04-1536 VRW<br><br>**STIPULATION; ORDER THEREON**<br><br>Hearing on dispositive motions scheduled for THURSDAY, DECEMBER 20, 2007 at 2:00 PM<br><br>Pretrial Conference continued to TUESDAY, MARCH 4, 2008 at 9:00 AM |

Due to the nature and complexity of this case, *Armstrong* action [C01-2611 VRW] and the *Brown* action [C04-1536 VRW], the similarity of facts, witnesses, and legal issues in the *Armstrong* and *Brown* action and the overlapping discovery, at the Joint Case Management Conference, before the Honorable Vaughn R. Walker, the parties agreed to utilize the same discovery for both cases. Additionally, the parties stipulated to have expert discovery commence after the hearing on the motion for summary judgment.

This matter has been continued on several occasions before; predominantly due to major health issues with the parties or plaintiff's counsel: two neurosurgeries (Plaintiff Brown), spinal fusion and ruptured Achilles (Plaintiff's counsel).

The parties now seek a continuance for the following reasons: Due to the nature and complexity of this case, witness availability, including plaintiffs' limited ability to complete their

depositions, additional time is needed to address several outstanding discovery issues and prepare any dispositive motions. There are several key discovery issues that the parties are attempting to resolve informally without requiring court intervention. With the extension of time, it appears probable that the parties will be able to resolve their differences.

As a result, the parties request the discovery cut-off and hearing of dispositive motions be continued as set forth below.

**IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective counsel as undersigned, that :

1. Non-expert discovery completion date be continued from the currently scheduled date of June 26, 2007, to November 13, 2007;

2. Filing for dispositive motions, including summary judgment, be continued from the currently scheduled date of June 29, 2007 to November 16, 2007;

3. Hearing on the dispositive motions, including summary judgment, be continued from the currently scheduled date of August 2, 2007, 2:00 p.m. to ~~Tuesday, December 21~~ Thursday, December 20, at 2:00 p.m.;

4. Pre-trial conference be continued from the currently scheduled date of October 23, 2007 to ~~Friday, March 7, 2008.~~ Tuesday, March 4, 2008 at 9:00 a.m.

Dated: 6/13/07

ANDERLINI, FINKELSTEIN, EMERICK & SMOOT

By: /s/ Paul J. Smoot
PAUL J. SMOOT
Attorneys for Plaintiff

Dated: 6/13/07

SAN FRANCISCO CITY ATTORNEY'S OFFICE

By: /s/ Ruth Bond
Ruth Bond
Attorneys for Defendant CITY AND COUNTY OF SAN FRANCISCO and DEPARTMENT OF PUBLIC WORKS

Case 3:01-cv-02611-VRW Document 119 Filed 06/26/2007 Page 3 of 3

**ORDER**

**IT IS SO ORDERED.**

Dated: 6/26/2007

JUDGE OF THE U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED
AS MODIFIED
Judge Vaughn R Walker