DENNIS J. HERRERA, State Bar #139669
City Attorney
ELIZABETH S. SALVESON, State Bar #83788
Chief Labor Attorney
MICHAEL J. LEON GUERRERO, State Bar #183818
Deputy City Attorneys
Fox Plaza
1390 Market Street, 5th Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-4285
Facsimile:      (415) 554-4248

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

PAUL J. SMOOT, SBN 160787
ANDERLINI, FINKELSTEIN, EMERICK & SMOOT
400 South El Camino Real, Suite 700
San Mateo, California 94402
Telephone:     (650) 348-0102
Facsimile (650) 348-0962

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ARMSTRONG, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO and DOES 1-50 INCLUSIVE<br><br>Defendant.<br>CONNIE L. BROWN<br><br>Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.<br><br>Defendant. | Case No. C01-2611 VRW<br><br>(Case No. C04-1536 VRW)<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER**<br><br>Action Filed: July 9, 2001<br>Trial Date:    None Set |

1    The parties submitted a joint stipulation and proposed order in mid-October 2007 to
2 continue the currently set pre-trial deadlines. The Court did not sign that proposed order,
3 indicating that the proposed dates were set too far out. Since that time, the parties' counsel have
4 had repeat discussions regarding the scope of outstanding discovery needed for filing of
5 dispositive motions, proposed completion dates for discovery, and potential settlement of the two
6 remaining plaintiff's claims (there were originally eighteen plaintiffs, sixteen of whom settled
7 through settlement conference with Judge Maria Elena James). Additionally, plaintiff's counsel,
8 Paul Smoot, has finally completed his nine-week long trial in Sacramento and is now available to
9 meet with and produce his plaintiffs for deposition in January 2008. Prior to trial completion,
10 Smoot was unavailable to produce plaintiffs for deposition, nor were plaintiffs available for
11 deposition. Accordingly, Smoot will produce both plaintiffs Connie Brown and Rheuben
12 Johnson for the completion of their eight-hour depositions during the week of January 28, 2007.
13 Smoot has also indicated that he intends to take the depositions of ten current and/or former City
14 employees in February 28, 2008, March 5-7, 2008 and March 10, 11, and 13, 2008. However,
15 because several of these witnesses no longer work for the City, and because the alleged conduct
16 relating to these individuals spans back seven years to 2001, it will take time to locate and
17 prepare these witnesses for deposition. The parties shall informally resolve the discovery
18 disputes.

19    Additionally, since mid-October 2007, defendant's counsel Deputy City Attorney
20 Michael Leon Guerrero has been reviewing the multiple file cabinets of discovery documents,
21 discovery responses, pleadings and motions previously filed and ruled upon, and correspondence
22 dating back to September 2001 in order to familiarize himself with the case to take plaintiffs'
23 depositions. This deputy was not assigned to this case until October 2007. However, because
24 plaintiffs' First Amended Complaint and allegations of discriminatory treatment and wrongful
25 conduct span over seven years and multiple City employees and actions, this review is somewhat
26 time intensive. This extensive review is also necessary in order to produce and defend the
27 depositions of the ten current and former City witnesses Smoot intends to take in February –
28 March 2008.

1  Since October 2007, Smoot has also had repeated discussions with his two clients
2  regarding proposed settlement of their claims, in lieu of more protracted discovery and
3  depositions.  Smoot believes a settlement conference with Magistrate Judge Maria Elena James,
4  after the close of discovery, has a good likelihood of producing a settlement as was accomplished
5  with the sixteen other plaintiffs.  Accordingly, the parties respectfully request that the Court
6  schedule a settlement conference with Judge James after the close of discovery in mid-March
7  2008, and if a settlement is not reached, then set the dispositive motion filing deadline for a date
8  two weeks after that date.  The parties also request that expert discovery commence after the
9  ruling on the dispositive motions.

10  Based on the above conversations and proposed discovery schedule, the parties jointly
11  request that the discovery cut-off, dispositive motion deadlines, and expert discovery be
12  continued as follows:

13  **IT IS HEREBY STIPULATED** by and between the parties hereto, through their
14  respective counsel as undersigned, that:

15  1.  The non-expert discovery completion date be continued from the current deadline
16  of November 13, 2007 to March 13, 2008 ;

17  2.  That the Court schedule a settlement conference in late-March 2008 - early April
18  2008 with Magistrate Judge Maria Elena James;

19  3.  ~~The filing deadline for dispositive motions, including summary judgment, be~~
20  ~~continued from the current deadline of November 16, 2007 to a date two weeks after completion~~
21  ~~of the settlement conference;~~

22  3.  Hearing on the dispositive motions be continued from the currently scheduled
23  date of December 20, 2007 to a date 35 days after the date set for filing dispositive motions (or
24  the first Thursday thereafter); **Last day to hear dispositive motions: May 22, 2008 at 2:30pm**

25  4.  Expert discovery disclosure reports to be exchanged w~~ithin two months~~ **20 days** after the
26  hearing on summary judgment; expert discovery rebuttal completion date to be within two weeks
27  of the disclosure date; ~~and expert discovery be completed within one month of the rebuttal~~
28  ~~completion date.~~ **Expert discovery deadline 45 days after xpert disclosures.**

1    7.    Pre-trial conference be continued from the currently scheduled date of March 4,
2   2008 to ~~June 24, 2008 at 9:00 a.m.~~    **August 14, 2008 at 3:30 PM.**

4   Dated:  December 21, 2007          Respectfully submitted,

5                       DENNIS J. HERRERA
                        City Attorney

7                       By:  /s/Michael J. Leon Guerrero
                           MICHAEL J. LEON GUERRERO
8                          Deputy City Attorney
9                          Attorneys for Defendants

11
12  Dated:  December 21, 2007          By: /s/Paul J. Smoot
                           PAUL J. SMOOT
                           Attorney for Plaintiffs

15  **IT IS SO ORDERED** :
    Dated: 12/28/2007



IT IS SO ORDERED AS MODIFIED
Judge Vaughn R Walker