1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  ELIZABETH S. SALVESON, State Bar #83788
   Chief Labor Attorney
3  MICHAEL J. LEON GUERRERO, State Bar #183818
   Deputy City Attorneys
4  Fox Plaza
   1390 Market Street, 5th Floor
5  San Francisco, California 94102-5408
   Telephone:   (415) 554-4285
6  Facsimile:   (415) 554-4248
   Attorneys for Defendant
7  CITY AND COUNTY OF SAN FRANCISCO

8  PAUL J. SMOOT, SBN 160787
   ANDERLINI, FINKELSTEIN, EMERICK & SMOOT
9  400 South El Camino Real, Suite 700
   San Mateo, California 94402
10 Telephone:   (650) 348-0102
   Facsimile (650) 348-0962

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ARMSTRONG, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> CITY AND COUNTY OF SAN FRANCISCO and DOES 1-50 INCLUSIVE <br><br> Defendant. | Case No. C01-2611 VRW <br><br> (Case No. C04-1536 VRW) <br><br> **STIPULATION AND [PROPOSED] ORDER** <br><br> Action Filed: July 9, 2001 <br> Trial Date:   None Set |
| CONNIE L. BROWN <br><br> Plaintiff, <br><br> vs. <br><br> CITY AND COUNTY OF SAN FRANCISCO, et al. <br><br> Defendant. | |

Due to the nature and complexity of this case, *Armstrong* action [C01-2611 VRW] and the *Brown* action [C04-1536 VRW], the similarity of facts, witnesses and legal issues in the *Armstrong* and *Brown* action and the overlapping discovery, at the Joint Case Management Conference, before the Hon. Vaughn R. Walker, the parties agreed to utilize the same discovery for both cases. Additionally, the parties stipulated to have expert discovery commence after the hearing on the motion for summary judgment.

The parties now seek a continuance for the following reasons: Since the case was reassigned to DCA Michael Leon Guerrero in late October 2007, defense counsel has reviewed the voluminous documents, files, pleadings, and discovery in order to take the depositions of the two remaining plaintiffs, Rhueben Johnson and Connie Brown. (Plaintiff's allegations of discrimination potentially span back prior to 1998.) Defense counsel took full-day depositions of plaintiffs in February and March. The parties have also engaged in renewed settlement discussions in early 2008. However, due to the age of the case and alleged period of liability, more deposition time is potentially required of plaintiffs, which plaintiff's counsel stipulates to provide. Additionally, plaintiff's counsel intends to take the depositions of ten current and former City employees, as well as re-serve what he believes to several sets of outstanding discovery. Currently, non-expert discovery closed on March 13, 2008. The parties believe that completion of written discovery and depositions may facilitate the mediation with Magistrate Judge Elena James (who settled cases of 16 of the 18 plaintiffs), which is currently scheduled for April 1, 2008.

As a result, the parties request the discovery cut-off, hearing of dispositive motions, and expert discovery be continued as follows:

**IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective counsel as undersigned, that:

1. The non-expert discovery completion date be continued from the current deadline of March 13, 2008 to June 13, 2008;

2. The court shall re-schedule the settlement conference from April 1, 2008 to a date after June 13, 2008 and on or before July 18, 2008;

    3.    The hearing for dispositive motions, including summary judgment, shall be continued from May 22, 2008 at 2:30 p.m. to August 21, 2008 at 2:30;

    4.    Expert discovery disclosure reports to be exchanged within 20 days after the hearing on summary judgment; expert discovery rebuttal completion date to be within two weeks of the disclosure date. Expert discovery to close 45 days after expert disclosures;

    5.    Pre-trial conference be continued from the currently scheduled date of August 14, 2008 to October 16, 2008 at 3:30 p.m.

Dated: March 17, 2008

Respectfully submitted,

DENNIS J. HERRERA
City Attorney

By: /s/Michael J. Leon Guerrero
    MICHAEL J. LEON GUERRERO
    Deputy City Attorney
    Attorneys for Defendants

Dated: March 17, 2008

By: /s/Paul J. Smoot
    PAUL J. SMOOT
    Attorney for Plaintiffs

**IT IS SO ORDERED** :

Dated: March 18, 2008



IT IS SO ORDERED
Judge Vaughn R Walker
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA