UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAMES ARMSTRONG, et al.,         )
)
)
                  Plaintiff,    )     CASE NO. C 01-2611   VRW
)     Related to:   C04-1536   VRW
            v.          )     **ORDER OF DISMISSAL**
)
CITY AND COUNTY OF SAN     )
FRANCISCO, et al.,          )
)
            Defendant,   )
\_\_\_\_ _____)

Having advised the court  that the parties have agreed to a settlement of this case;

IT IS HEREBY ORDERED that this cause of action be dismissed with prejudice,  provided,

however, that if any party hereto shall certify to this court, within ninety days, with proof of service

of a copy thereof, that the agreed consideration for said settlement has not been delivered over, the

foregoing order shall stand vacated and this cause shall forthwith be restored to the calendar to be

set for trial.

Dated:   July 1, 2008

_____

VAUGHN R WALKER
UNITED STATES DISTRICT CHIEF JUDGE