IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAMES ARMSTRONG et al, | No | C 01-2611 VRW |
|     Plaintiffs, | | |
|     v | | |
| CITY AND COUNTY OF SAN FRANCISCO and DOES 1-50, | | |
|     Defendants. | | |
| | | |
| CONNIE L BROWN, | No | C 04-1536 VRW |
|     Plaintiffs, | | ORDER |
|     v | | |
| CITY AND COUNTY OF SAN FRANCISCO and DOES 1-50, | | |
|     Defendants. | | |

On May 18, 2009, the court ordered plaintiff Connie L Brown to show cause why defendant CCSF's motion for attorneys' fees should not be granted.  Brown was warned that if she failed to respond to the order, the court would grant the motion.  Doc #139 at 3.  Brown did not respond to the order, and the deadline for doing so has passed.

An award of attorneys' fees is appropriate in settlement enforcement actions.  See <u>TNT Marketing, Inc v Simon</u>, 796 F2d 276, 278-79 (9th Cir 1986).  Accordingly, the court GRANTS Doc #136 at 7, CCSF's motion for attorneys' fees in the amount of $1,360.  Unless the parties otherwise agree, Brown shall pay CCSF $1,360 within thirty days from the date of this order.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge